IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEROME WEATHINGTON                                                                              PLAINTIFF

V.                                                                         CIVIL ACTION NO. 4:17-CV-00020-DAS

DONOVAN CLARK, et al.                                                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered this day, it is **ORDERED AND ADJUDGED** that Plaintiff has failed to prove his claim for excessive force against Defendants, and all Defendants are hereby **DISMISSED** from this action.

This, the 16th day of March, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE